IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |
|---|---|
| **DAPHNE KEATING** | * |
| Plaintiff | * |
| v. | *   CIVIL NO.  JKB-15-2279 |
| **DEPARTMENT OF PUBLIC SAFETY AND CORRECTION SERVICES, et al.** | * |
| **Defendants** | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM**

Now pending before the Court is the Defendants' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT (ECF No. 19). The Plaintiff has not responded to the Motion and the deadline for doing so is long past. The Plaintiff was warned in correspondence from the Clerk (ECF No. 20) that failure to respond to the Motion could result in dismissal. That notice was sent to the Plaintiff over a month ago.[1]

The Court has carefully reviewed the Defendants' Motion (ECF No. 19), the Defendants' Memorandum of Law (ECF No. 19-1), and the other documents submitted by the Defendants in support of the Motion. The Court has also reviewed the documents that the Plaintiff filed in the case before removal as those documents are docketed here in the U. S. District Court. Despite multiple communications sent to the Plaintiff subsequent to removal, she has not responded.

---

[1] The Court notes a possible explanation for the Plaintiff's failure to respond to the Motion. In documents filed previously in this action, before the matter was removed to Federal Court, the Plaintiff made reference to a force (specifically, "the intruder") that was interfering with her "iCloud account," "icon," "her emails and passwords." (*See* ECF No. 12, page 6, paragraph 14(f); page 10, paragraph 24). In sum, with respect, the Court notes evidence of delusion in the Plaintiff's *pro se* submissions to the Court.

Upon a full review of the docket, the Court finds that this matter should be dismissed for the reasons set out in the Defendants' Memorandum (ECF No. 19-1).

An Order of Dismissal will be entered.

DATED this 29th day of September, 2015.

BY THE COURT:

/s/
James K. Bredar
United States District Judge